**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02589-REB-CBS

GRANT McWILLIAMS,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the **Defendant's Motion To Transfer Pursuant to 28 U.S.C. §1404** [#6] filed October 24, 2011, and **Defendant's Memorandum Brief in Support of Motion To Transfer Pursuant to 28 U.S.C. §1404** [#7] filed October 24, 2011. The motion and brief are **STRICKEN** for failure to comply with D.C.COLO.LCivR 7.1A.

Dated: October 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.