**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02589-REB-CBS

GRANT McWILLIAMS,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion To Administratively Close This File** [#17][1] filed December 20, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Unopposed Motion To Administratively Close This File** [#17] filed December 20, 2011, is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

3. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated December 20, 2011, at Denver, Colorado.

                                                              **BY THE COURT:**

                                                              */s/ Robert E. Blackburn*
                                                              Robert E. Blackburn
                                                              United States District Judge

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.