**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02589-REB-CBS

GRANT McWILLIAMS,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant.

## ORDER REOPENING CASE

**Blackburn, J.**

The matter is before me on **Plaintiff's Unopposed Motion To Reopen The Administratively Closed Case** [#21][1] filed December 9, 2013.  The motion implicates **D.C.COLO.LCivR 41.2**. After reviewing the motion and the record, I conclude that good cause exists to reopen this case, that the motion should be granted, and that this action should be reopened.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Unopposed Motion To Reopen The Administratively Closed Case** [#21] filed December 9, 2013, is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action; and

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That the parties **SHALL** contact the chambers of Magistrate Judge Craig B. Shaffer to set a status conference in this matter.

Dated December 9, 2013, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge